BEFORE THE SECOND DIVISION, MAY 4, 1964

**No. 68506.**—Kaytee Fabric & Ribbon Co., Inc., and Halperin Shipping Co. *v.* United States, protests 59/4790, 59/4785, and 59/12186 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon angels similar in use to silk angels and following the principles set forth in *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), the claim of the plaintiffs was sustained.